# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

DR. SUSAN MOUSAVI,

        *Plaintiff*,

v.

UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES,

        *Defendant.*

Civil No.: 17-cv-870 (KSH) (CLW)

**ORDER**

**THIS MATTER** having come before the Court on plaintiff Mousavi's motion for reconsideration (D.E. 38) and motion for extension of time to file a reply (D.E. 43); the Court having fully considered the parties' written submissions; and for the reasons expressed in the opinion filed herewith,

**IT IS** on this 31st day of December, 2018,

**ORDERED** that Mousavi's motions (D.E. 38, 43) are DENIED.

                                    /s/ Katharine S. Hayden
                                    Katharine S. Hayden, U.S.D.J.